Ronald S. Safer (admitted *pro hac vice*)
rsafer@schiffhardin.com
Antony S. Burt (admitted *pro hac vice*)
aburt@schiffhardin.com
Matthew F. Prewitt (admitted *pro hac vice*)
mprewitt@schiffhardin.com
Kelly M. Warner (admitted *pro hac vice*)
kwarner@schiffhardin.com
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, Illinois 60606
Tel: (312) 258-5500/Fax: (312) 258-5600

Steven L. Hoard (admitted *pro hac vice*)
shoard@mhba.com
MULLIN HOARD & BROWN, L.L.P.
P.O. Box 31656
Amarillo, Texas 79120-1656
Tel: (806) 372-5050/Fax: (806) 372-5086

Steven Jay Katzman (California Bar No. 132755)
skatzman@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700/Fax: (949) 369-3701

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank,<br><br>Plaintiff,<br><br>v.<br><br>CORELOGIC VALUATION SERVICES, LLC, f/k/a eAppraiseIT, LLC; CORELOGIC REAL ESTATE SOLUTIONS, LLC, f/k/a First American Real Estate Solutions, LLC,<br><br>Defendants. | Case No. SACV11-704 DOC (ANx)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>[Filed concurrently with Proposed Order]<br><br>Trial:     August 5, 2014<br>JUDGE:  HON. DAVID O. CARTER<br>CTRM:   9D |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

STIPULATION OF DISMISSAL WITH PREJUDICE

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, the

2  Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank

3  ("FDIC-R"), and Defendants CoreLogic Valuation Services, LLC, successor to

4  eAppraiseIT, LLC; CoreLogic Solutions, LLC, f/k/a CoreLogic Real Estate

5  Solutions, LLC, f/k/a First American Real Estate Solutions, LLC (collectively,

6  "Defendants"), by and through undersigned counsel, hereby file this stipulation to

7  dismiss WITH PREJUDICE all of the FDIC-R's claims against Defendants in this

8  action, each party to bear its own costs and fees.

9    Plaintiff and Defendants respectfully request that the Court enter this

10  Stipulation of Dismissal with Prejudice.

11

12  Dated:  July 7, 2014                   Respectfully submitted:

13

14  SCHIFF HARDIN LLP                      IRELL & MANELLA LLP

15  By:  /s/ Kelly M. Warner              By:   /s/ Allison L. Libeu

16     Ronald S. Safer                       John C. Hueston (164921)
       Antony S. Burt                        A. Matthew Ashley (198235)

17     Matthew F. Prewitt                    Allison L. Libeu (244487)
       Kelly M. Warner                       840 Newport Center Drive,

18     Attorneys for Plaintiff               Suite 400
       FEDERAL DEPOSIT INSURANCE             Newport Beach, California

19     CORPORATION, as Receiver of           92660-6324
       Washington Mutual Bank

20     Steven Jay Katzman                    Attorneys for Defendants
                                             CoreLogic Valuation Services,

21     BIENERT, MILLER & KATZMAN, PLC        LLC, successor to eAppraiseIT,
       Attorneys for Plaintiff               LLC; CoreLogic Real Estate

22     FEDERAL DEPOSIT INSURANCE             Solutions, LLC, f/k/a First
       CORPORATION, as Receiver of           American Real Estate Solutions,

23     Washington Mutual Bank                LLC

24     MULLIN HOARD & BROWN, L.L.P
       Steven L. Hoard

25     John Mozola
       Greg Dimmick

26     Sarah D. Pelley
       Attorneys for Plaintiff

27     FEDERAL DEPOSIT INSURANCE
       CORPORATION, as Receiver of

28     Washington Mutual Bank

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

1

## CERTIFICATE OF SERVICE

2

I, Kelly M. Warner, declare,

3

That I am a citizen of the United States and am a resident or employed in

4

Orange County, California; that my business address is 233 S. Wacker Dr., Suite

5

7300, Chicago, IL 60606; that I am over the age of 18 and not a party to the above-

6

entitled action.

7

That I caused service of STIPULATION OF DISMISSAL WITH

8

PREJUDICE on the interested parties as follows:

9

10

X  BY ELECTRONIC MAIL: By electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

11

| | | |
|---|---|---|
| Antony S Burt<br>aburt@schiffhardin.com | John C. Hueston<br>jhueston@irell.com | Steven L. Hoard<br>shoard@mhba.com |
| Matthew C Crowl<br>mcrowl@schiffhardin.com | A. Matthew Ashley<br>mashley@irell.com | Greg Dimmick<br>gdimmick@mhba.com |
| Ronald S Safer<br>rsafer@schiffhardin.com | Jonathan M Sedlak<br>sedlakj@sullcrom.com | John Mozola<br>jmozola@mhba.com |
| Matthew F Prewitt<br>mprewitt@schiffhardin.com | Robert A Sacks<br>sacksr@sullcrom.com | Sarah D. Pelley<br>spelley@mhba.com |
| Brent J McIntosh<br>mcintoshb@sullcrom.com | S Christopher Yoo<br>cyoo@alvaradosmith.com | John M Sorich<br>jsorich@alvaradosmith.com |
| Justin N. Owens<br>jowens@irell.com | Michael W. Ott<br>mott@schiffhardin.com | |

12

13

14

15

16

17

18

19

20

21

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

22

23

This certificate was executed on July 7, 2014 at Chicago, Illinois.

24

  /s/ Kelly M. Warner
Kelly M. Warner

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

STIPULATION OF DISMISSAL WITH PREJUDICE