JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank,<br><br>Plaintiff,<br><br>v.<br><br>CORELOGIC VALUATION SERVICES, LLC, f/k/a eAppraiseIT, LLC; CORELOGIC REAL ESTATE SOLUTIONS, LLC, f/k/a First American Real Estate Solutions, LLC,<br><br>Defendants. | Case No. SACV11-704 DOC (ANx)<br><br>**ORDER ENTERING STIPULATION OF DISMISSAL WITH PREJUDICE [455]** |

**IT IS HEREBY ORDERED THAT:**

The Stipulation of Dismissal with Prejudice is ENTERED and this case is DISMISSED WITH PREJUDICE. Each party to bear its own costs and fees.

DATED: July 7, 2014

*/s/ David O. Carter*

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1  Respectfully submitted by,
2  SCHIFF HARDIN LLP
3
4    /s/ Kelly M. Warner
    Kelly M. Warner
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

- 2 -